**Form 8**

**FORM 8. Entry of Appearance**

### UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Laguna Construction Company  v. Defense

No. 15-1291

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Laguna Construction Company, Inc
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Carolyn Callaway |
| Law firm: | Carolyn Callaway, P.C. |
| Address: | P.O. Box 50099 |
| City, State and ZIP: | Albuquerque, NM 87181-0099 |
| Telephone: | 505-291-9774 |
| Fax #: | none |
| E-mail address: | ccwes@aol.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Jan. 28, 2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____        _____
         Date                         Signature of pro se or counsel

cc: _____

123

---

January 30, 2015                  /s/ Carolyn Callaway
_____                   _____
     Date                         Signature of counsel:  Carolyn Callaway

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   January 30, 2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　 (by email or CM/ECF)


Carolyn Callaway                                           /s/ Carolyn Callaway
Name of Counsel                                            Signature of Counsel


Law Firm  Carolyn Callaway, P.C.

Address  P.O. Box 50099

City, State, ZIP  Albuquerque, NM 87181-0099

Telephone Number  505-291-9774

FAX Number  none

E-mail Address  ccwes@aol.com


NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.